BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-mj-00314 KJN |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS THE CRIMINAL COMPLAINT AGAINST |
| v. | DEFENDANT DIKES AND ORDER |
| RICHARD RAYMOND KLEIN, and JASON WAYNE DIKES, | |
| Defendants. | |

The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Criminal Complaint against defendant Jason Wayne DIKES (only) in Case No. 2:11-mj-00314 KJN pursuant to Federal Rule of Criminal Procedure 48(a). The Criminal Complaint against DIKES and his co-defendant was filed on October 7, 2011.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The government brings this motion in the interests of justice because additional investigation of defendant DIKES is needed as a result of evidence developed after the filing of this Criminal Complaint.  Specifically, the United States is submitting evidence seized in this case for extensive forensic examination and will evaluate whether to pursue criminal charges against defendant DIKES after that examination is complete.  Accordingly, the undersigned respectfully moves to dismiss the Criminal Complaint as to defendant Jason Wayne DIKES in Case No. 2:11-mj-00314 KJN in the interests of justice pursuant to Rule 48(a).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: October 11, 2011       By:/s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss the Criminal Complaint filed by the United States, **IT IS HEREBY ORDERED** that:

1. The Criminal Complaint against Jason Wayne DIKES in Case No. 2:11-mj-00314 KJN is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: October 11, 2011                /s/ Carolyn K. Delaney
                                       United States Magistrate Judge